IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANDRE NED II,**

  Petitioner,

v.

**MARION FEATHER,**

  Respondent.

**Civ. No. 6:14-cv-101-CL**

OPINION and ORDER

MCSHANE, Judge:

  Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 22), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although no objections were filed, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

1 – OPINION AND ORDER

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Clarke's Findings and Recommendation (ECF No. 22) is adopted in its entirety. Ned's Petition for Writ of Habeas Corpus (ECF No. 2) is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 14th day of May, 2015.

                                                    **Michael J. McShane**
                                                    **United States District Judge**